IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   CASE NO.: 5:03cr59/MCR

FREDDY J. WILLIAMS,

        Defendant,
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE is before the Court on the motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds:

WHEREAS, on September 1, 2004, this Court entered a Preliminary Order of Forfeiture against the following property:

$12,207.75 United States Currency

pursuant to the provisions of 21 U.S.C. § 853 based upon the Defendant's convictions and the Forfeiture Count of the Indictment; and

WHEREAS, on April 8, 2005, the United States published in The News Herald, a newspaper of general circulation, notice of this forfeiture and the intent of the United States to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition within thirty (30) days of the final publication setting forth their interest in said property; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have filed timely petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America.

**DONE AND ORDERED** this 25th day of May, 2005.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**